### 11426.   HUNTER *v.* STATEN.

BROYLES, C. J. The verdict was authorized by the evidence, and none of the special grounds of the motion for a new trial shows cause for a reversal of the judgment below.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 15, 1920.

Trover; from city court of Valdosta — Judge Cranford. March 5, 1920.

*F. S. Harrell,* for plaintiff in error.

*Dan R. Bruce,* contra.